SHERBURNE COUNTY JAIL
13880 BUSINESS CENTER DR.
SUITE 200
ELK RIVER, MN 55330

To Whom It May Concern:

I am writing regarding Mr. Charles Workman. I am a Jail Corporal assigned to Mr. Workman's care and supervision at Sherburne County Jail. Mr. Workman has been in custody at Sherburne County Jail since September 2025. During Mr. Workman's time in our custody, he has shown himself a respectful inmate. Mr. Workman has *no* documented write-ups and/or lockdown reports.

Most importantly, Mr. Workman was *promoted* to a trustee position in October 2025. Not only does Mr. Workman handle all the tasks he is assigned—but he willingly helps the other trustees with their individual tasks. Mr. Workman has approached me several times with ideas for the jail, additional cleaning opportunities and always carries a positive attitude.

I appreciate Mr. Workman's hard work in the jail. It is not very often I can positively report an inmate's progress in our facility. May he keep up the good work!

Regards,

Bryan Clutter

Jail Corporal

Sherburne County Jail

INMATE COPY